AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

4:21-MJ-091

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00181 |
| Jason Lee Hyland | ) | Assigned to: Judge Faruqui, Zia M |
| | ) | Assign Date: 1/28/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| **Date of Birth: XXXXXXXX** | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     January 6, 2021     in the county of _____ in the
_____ in the District of    Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Amie C. Stemen, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    01/28/2021

2021.01.28 17:14:53 -05'00'

*Judge's signature*

City and state:    Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*