IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISON

|  |  |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> §    NO. 4:21 MJ-091 <br> § <br> § <br> § <br> § |
| v. | |
| JASON LEE HYLAND | |

**ENTRY OF APPEARANCE OF COUNSEL**

X    I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

☐    I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: February 2, 2021

/s/ Reed Prospere
*Signature of Attorney*

Reed Prospere
SBN: 16351800
8111 Preston Rd.
Ste. 550
Dallas, Texas 75225
(214) 750-8555
(214) 750-8001 Fax
E-mail: reedprospere@yahoo.com