| | |
|---|---|
| DATE: | 2/2/2021 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:24 – 10:40 |
| TOTAL TIME: | 16 Minutes |

CASE NUMBER 4:21-MJ-00091-KPJ

USA v. Jason Lee Hyland

  Tracey Batson  
AUSA

  Reed Prospere, Retained  
Defense Attorney

☒ INITIAL APPEARANCE OUT OF DISTRICT COMPLAINT
☐ ARRAIGNMENT
☐ DETENTION HEARING    ☐ PRELIMINARY HEARING    ☒ STATUS CONFERENCE

☐ Hearing Held    ☒ Hearing Called    ☒ Defendant Sworn    ☐ Interpreter Required

☒ Date of arrest:  2/2/2021 – Self Surrender 1:21mj0181 District of Columbia   (Other district court & case #)

☒ Defendant ☒ advised of charges ☒ advised of maximum penalties ☐ waived reading of indictment

☒ Defendant first appearance with counsel Attorney:    Reed Propere    ☒ Retained
☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☐ Financial affidavit executed by dft.
☐ Defendant requests appointed counsel, is sworn and examined re: financial status.
☐ The court finds the defendant is ☐ able to employ counsel  ☐ unable to employ counsel.
☐ _____ CJA appointed
☐ _____ FPD appointed

☒ USA ORAL motion for detention **USA did not move to detain**
☐ USA ORAL motion to continue ☐ Oral Order granting continuance  ☐ Oral Order denying continuance
☐ Defendant ORAL motion to continue detention hearing
☐ Oral Order granting continuance   ☐ Oral Order denying continuance
☐ Detention hearing set _____
☐ Arraignment set _____

☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☒ Court found Probable Cause based on signed Waiver.
☒ Defendant signed Waiver of Rule 5 and 5.1 hearings: ☒ waives identity hearing; ☒ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting   district.
☐ Defendant remanded to custody of U.S. Marshal  ☐ Defendant ordered removed to Originating District
☒ Order setting conditions of release  ☐ PR Bond executed
☐ Defendant failed to appear    ☐ oral order for arrest warrant    ☐ bond forfeited
☐ See reverse/attached for additional proceedings