IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| V. | § | Criminal No.  4:21-MJ-91 |
| JASON LEE HYLAND | § § § | |

### UN-OBJECTED TO MOTION TO MODIFY BOND CONDITIONS

TO THE HONORABLE KIMBERLY C. PRIEST JOHNSON,

COMES NOW the defendant, Jason Hyland, by and through his attorney of record, Reed Prospere, and files this unobjected to motion to modify bond release conditions and for cause would show:

I.

The Government prosecutor in charge of this case, Kimberly Paschall, with the U.S. Attorney's office in Washington, D.C., has been consulted and does not object to the requested modification of this condition.

II.

On February 2, 2021, this Defendant was released with one of his release conditions being "that he have no contact or communication with basically anyone, witness or person associated with this charge and this included a person also charged in this episode, Ms. Katherine Schwab.

III.

Mr. Hyland respectfully requests that his conditions of release allow him to be in contact and communicate with Ms. Schwab in as much as they were living with each other at the time of the

bond hearing and the government's case against each of them would not be negatively impacted by modifying this condition as requested.

  WHEREFORE, PREMISES CONSIDERED, the Defendant requests that this unobjected to modification be granted.

              Respectfully submitted,
              P<small>ROSPERE</small> & R<small>USSELL</small>
              8111 Preston Road
              Suite 550
              Dallas, Texas 75225
              214/750-8555
              214/750-8001 - Telecopier


            By: /s/ Reed Prospere
              Reed W. Prospere
              State Bar Card No. 16351800

            ATTORNEYS FOR DEFENDANT

_____
**Motion to Modify Bond Conditions -**

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney has communicated via e-mail (kimberly.paschall@usdoj.gov) with Ms. Kimberly Paschall, Assistant United States Attorney, regarding the filing of this Motion, of which he:

|   |   |
|---|---|
| _____ | agrees |
| __XX__ | does not object |
| _____ | could not be reached |
| _____ | has no opinion |

/s/   Reed Prospere
Reed W. Prospere

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing has been e-filed to Kimberly Paschall,  (kimberly.paschall@usdoj.gov), Assistant United States Attorney, on the 3rd day of February, 2021.

/s/   Reed Prospere
Reed W. Prospere

_____
**Motion to Modify Bond Conditions -**