**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **V.** | § | **Criminal No.  4:21-MJ-91** |
| | § | |
| **JASON LEE HYLAND** | § | |


**O R D E R**


On this ____ day of _____, 2021, the foregoing unobjected motion to Modify

bond condition allowing  Jason Lee Hyland can associate and communicate with Katherine

Schwab was considered by this Court and it is hereby:


**GRANTED .......... DENIED**


SIGNED this ____ day of _____, 2021.


_____

U. S. DISTRICT JUDGE